# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-00-00325-CR

**Roy Edward Caples, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF COMAL COUNTY, 22ND JUDICIAL DISTRICT
### NO. CR95-207, HONORABLE FRED CLARK, JUDGE PRESIDING

Appellant Roy Edward Caples was adjudged guilty after he pleaded guilty to driving while intoxicated, felony offense. *See* Tex. Penal Code Ann. §§ 49.04(a), .09(b) (West Supp. 2001). The court assessed punishment at imprisonment for three years, as called for in a plea bargain agreement.

Appellant represents himself on appeal, as he did at trial. Appellant did not file a brief. We have examined the record before us and find no fundamental error that should be considered in the interest of justice.

The judgment of conviction is affirmed.


_____

Jan P. Patterson

Before Chief Justice Aboussie, Justices Yeakel and Patterson

Affirmed

Filed:   March 15, 2001

Do Not Publish